AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Peck,, James M. | USBC/SDNY | 05/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>01/31/2014 |

**7. Chambers or Office Address**

United States Bankrutpcy Court
One Bowling Green
New York, NY 10004-1408

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | At-large member of Board of Governors | National Conference of Bankrutpcy Judges |
| 2. | Co-chair of Advisory Committee on the Bankrutpcy Safe Harbors | American Bankruptcy Insititute |
| 3. | Member of Judicial Steering Committee | INSOL International |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/13-4/13 | New York University Stern School of Business Administration | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Earle K. & Katherine F. Moore Foundation - Trustee Fee |
| 2. 2013 | Metropolitan Life Insurance Company - Pension Benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | Feb 8-10 | Amelia Island , Florida | Speaker at educational retreat of the 11th Circuit | transportation, lodging and food |
| 2. | ABI VALCON Conference | Feb 20-22 | Las Vegas, NV | Speaker at conference on valuation in bankruptcy | transportation, lodging and food |
| 3. | National Conference of Bankruptcy Judges Midyear Meeting | April 8-9 | Phoenix, AZ | Attending meeting of Board of Governors of NCBJ | transportation, lodging and food |
| 4. | INSOL International, UNCITRAL and The World Bank Judicial Colloquium | May 18-22 | The Hague, the Netherlands | Speaker at Judicial Colloquium | transportation, lodging and food |

| | | | | |
|---|---|---|---|---|
| 5. | Leiden University School of Law | May 22-23 | Amsterdam, the Netherlands | Speaker at European conference on financial regulation | transportation, lodging and food |
| 6. | Cesifin and the University of Florence Graduate School of Business Administration | May 25-29 | Florence, Italy | Speaker at international conference on insolvency law | transportation, lodging and food |
| 7. | ABI and Georgetown Law School Views from the Bench | Sept 26-27 | Washington, D.C. | Speaker at Georgetown Law bankruptcy conference | transportation, lodging and food |
| 8. | Global Restructuring Organiztion and Modena Chamber of Commerce | Oct 8-14 | Modena, Italy | Speaker at international insolvency law conference | transportation, lodging and food |
| 9. | Pennsylvania Bar Institute | Oct 17 | Philadelphia, PA | Panelist at continuing legal education program | transportation, lodging and food |
| 10. | Federal Reserve Bank of Richmond | Oct 18 | Washington, D.C. | Panelist at Federal Reserve conference on resolution planning for SIFIs | transportation, lodging and food |
| 11. | National Conference of Bankruptcy Judges | Oct 29- Nov 2 | Atlanta, GA | Attending NCBJ Board Meeting and moderating panel at conference | transportation, lodging and food |
| 12. | INSOL International Carribean Judicial Colloquium | Nov 5 - 10 | Grand Cayman | Discussion leader at regional judicial colloquium | transportation, lodging and food |
| 13. | The World Bank | Nov 20-21 | Washington, D.C. | Panelist at Law, Justice and Development Week | transportation, lodging and food |
| 14. | Ministry of Justice of the State of Israel | Jan 18-21, 2014 | Tel Aviv, Israel | Speaker at the Official Receiver'international conference on corporate insolvency law | transportation, lodging and food |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Universal Life Insurance - Money Market | A | Interest | M | T | | | | | |
| 2. Citibank Money Market Acct | A | Interest | L | T | | | | | |
| 3. Chase Money Market Acct - Spouse (X) | A | Interest | M | T | | | | | |
| 4. Schulte Roth & Zabel Group Trust IRA | | None | M | T | | | | | |
| 5. Brokerage-iShares Tr Barclays Agg Bnd | B | Dividend | K | T | Sold (part) | 04/15/13 | K | | |
| 6. Brokerage-iShares Tr Barclays Agg Bnd | B | Dividend | K | T | Sold (part) | 12/02/13 | K | | |
| 7. Brokerage-BBH Core Select Fund | A | Dividend | J | T | | | | | |
| 8. Brokerage-BBH Core Select Fund | A | Dividend | J | T | Sold (part) | 11/15/13 | K | D | |
| 9. Brokerage- Driehaus Mutual Fund Active Income | | None | | | Sold | 02/13/13 | J | A | |
| 10. Brokerage-Eaton Vance Global Macro | A | Dividend | J | T | | | | | |
| 11. Brokerage-Pimco All Asset/Authority Fund | | None | | | Sold | 02/01/13 | J | A | |
| 12. Brokerage-Schwab Cap TR S&P Invest Select Shares | B | Dividend | M | T | Sold (part) | 09/23/13 | K | C | |
| 13. Brokerage- Vanguard Total INTL Stock | A | Dividend | K | T | | | | | |
| 14. Brokerage- Wells Fargo FDS ADVIN | C | Dividend | M | T | Buy (add'l) | 08/08/13 | L | | |
| 15. Brokerage- Wells Fargo FDS ADVIN | C | Dividend | M | T | Buy (add'l) | 09/23/13 | J | | |
| 16. Brokerage- Wells Fargo FDS ADVIN | C | Dividend | M | T | Buy (add'l) | 12/02/13 | K | | |
| 17. Brokerage- Wells Fargo FDS ADVIN | C | Dividend | M | T | Buy (add'l) | 01/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage- Wells Fargo ADV | B | Dividend | L | T | Sold (part) | 04/15/13 | K | B | |
| 19. Brokerage - Ivy Municipal High Income Fund | C | Dividend | L | T | Buy (add'l) | 09/23/13 | J | | |
| 20. Brokerage - Schwab US Treasury Money Fund | | None | J | T | | | | | |
| 21. IRA R/O Schwab- ALPS ETF Alerian MLP | A | Dividend | | | Sold | 01/08/14 | K | A | |
| 22. IRA R/O Schwab-Driehaus Mutual Funds Active Income | A | Dividend | K | T | | | | | |
| 23. IRA R/O Schwab-Fidelity Floating Rate | B | Dividend | J | T | | | | | |
| 24. IRA R/O Schwab-Schwab Cap TR S&P 500 Select shares | C | Dividend | M | T | | | | | |
| 25. IRA R/O Schwab- Jeffries Asset Mgmt Cmdty Strat | | None | | | Sold | 11/11/13 | K | | |
| 26. IRA R/O Schwab- BBH FD Inc | B | Dividend | L | T | Buy (add'l) | 04/15/13 | K | | |
| 27. IRA R/O Schwab- BBH FD Inc | B | Dividend | L | T | Sold (part) | 12/02/13 | K | D | |
| 28. IRA R/O Schwab -Fidelity Floating Rate High Income | B | Dividend | J | T | | | | | |
| 29. IRA R/O Schwab -ISHARES TR Lehman AGG Bnd | C | Dividend | M | T | Buy (add'l) | 01/08/14 | J | | |
| 30. IRA R/O Schwab -PIMCO ALL ASSET/ AUTHORITY Fund | C | Dividend | L | T | Buy (add'l) | 12/12/13 | K | | |
| 31. IRA R/O Schwab -PIMCO ALL ASSET/ AUTHORITY I | | None | L | T | Buy (add'l) | 01/08/14 | J | | |
| 32. IRA R/O Schwab - Polen Growth | | None | | | Sold | 04/15/13 | L | D | |
| 33. IRA R/O Schwab -Schwab Cap TR S&P 500 Invs Select | C | Dividend | K | T | Sold (part) | 08/08/13 | L | E | |
| 34. IRA R/O Schwab -Schwab Cap TR S&P 500 Invs Select | C | Dividend | K | T | Sold (part) | 08/29/13 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA R/O Schwab -Schwab Cap TR S&P 500 Invs Select | C | Dividend | K | T | Sold (part) | 01/08/14 | M | E | |
| 36. IRA R/O Schwab -Vanguard Total INTL | C | Dividend | L | T | Buy (add'l) | 04/15/13 | K | | |
| 37. IRA R/O Schwab -Vanguard Total INTL | C | Dividend | L | T | Buy (add'l) | 12/02/13 | K | | |
| 38. IRA R/O Schwab -Vanguard Total INTL | C | Dividend | L | T | Sold (part) | 01/09/14 | L | D | |
| 39. IRA R/O Schwab Blackrock Fds II Strong Opp Instl | B | Dividend | L | T | Buy (add'l) | 08/08/13 | L | | |
| 40. IRA R/O Schwab Blackrock Fds II Strong Opp Instl | B | Dividend | L | T | Buy (add'l) | 08/29/13 | L | | |
| 41. IRA R/O Schwab Blackrock Fds II Strong Opp Instl | B | Dividend | L | T | Sold (part) | 12/02/13 | L | A | |
| 42. IRA R/O Schwab Pimco Fds Uncstr Bd Instl | A | Dividend | L | T | | | | | |
| 43. IRA R/O Schwab Wells Fargo S/T Hi-Yld Bond | B | Dividend | K | T | | | | | |
| 44. IRA R/O Schwab Hamlin High Dividend Equity Instl | D | Dividend | M | T | Buy (add'l) | 04/15/13 | K | | |
| 45. IRA R/O Schwab Hamlin High Dividend Equity Instl | A | Dividend | M | T | Buy (add'l) | 12/02/13 | J | | |
| 46. IRA R/O Schwab Hamlin High Dividend Equity Instl | A | Dividend | M | T | Sold (part) | 08/29/13 | K | | |
| 47. IRA R/O Schwab Hamlin High Dividend Equity Instl | A | Dividend | M | T | Sold (part) | 01/08/14 | K | D | |
| 48. IRA R/O Schwab Mgrs AMG Fds Yacktman Instl | C | Dividend | M | T | Buy (add'l) | 04/15/13 | K | | |
| 49. IRA R/O Schwab Mgrs AMG Fds Yacktman Instl | C | Dividend | M | T | Buy (add'l) | 12/02/13 | J | | |
| 50. IRA R/O Schwab Mgrs AMG Fds Yacktman Instl | C | Dividend | M | T | Sold (part) | 08/29/13 | K | D | |
| 51. IRA R/O Schwab US Treasury Money Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA R/O Schwab Goldman Sachs Tr Strg Incm Inst(X) | B | Dividend | L | T | Buy | 08/08/13 | M | | |
| 53. IRA R/O Schwab Goldman Sachs Tr Strg Incm Inst(X) | B | Dividend | L | T | Buy (add'l) | 08/29/13 | K | | |
| 54. IRA R/O Schwab Goldman Sachs Tr Strg Incm Inst(X) | B | Dividend | L | T | Sold (part) | 12/02/13 | L | A | |
| 55. IRA R/O Schwab Ivy Municipal High Income Fund(X) | A | Dividend | M | T | Buy | 01/08/14 | M | | |
| 56. IRA R/O Schwab Mutual Discovery Fund CL Z(X) | | None | K | T | Buy | 01/08/14 | K | | |
| 57. Standish Schwab-Citizens PPTY Ins Corp(X) | A | Interest | | | Sold | 02/07/13 | K | D | |
| 58. Standish Schwab-Detriot Mich City Sch Dist(X) | A | Interest | | | Sold | 02/04/13 | K | C | |
| 59. Standish Schwab-E 470 Pub HWY Auth | A | Interest | | | Sold | 02/04/13 | K | B | |
| 60. Standish Schwab-Houston Tex Hotel Occupancy(X) | A | Interest | | | Sold | 02/04/13 | K | C | |
| 61. Standish Schwab-Indiana St Fin Auth Rev 5% (X) | A | Interest | | | Sold | 02/07/13 | K | B | |
| 62. Standish Schwab-Metropolitan Transn Auth | A | Interest | | | Sold | 02/04/13 | K | C | |
| 63. Standish Schwab-Michigan St BLDG Auth | A | Interest | | | Sold | 02/04/13 | K | C | |
| 64. Standish Schwab-New York NY City TR Cultural | A | Interest | | | Sold | 02/04/13 | K | C | |
| 65. Standish Schwab-New York St Dorm Auth Revs5% | A | Interest | | | Sold | 02/07/13 | K | | |
| 66. Standish Schwab-Palm Beach Cnty FLA Health | A | Interest | | | Sold | 02/07/13 | K | | |
| 67. Standish Schwab-Teton CNTY Hosp | A | Interest | | | Sold | 02/07/13 | K | C | |
| 68. Standish Schwab- University ILL Rev 5% | A | Interest | | | Sold | 02/07/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Standish Schwab US Treasury Money Fund | A | Interest | K | T | | | | | |
| 70. Schwab-Baron Asset | D | Dividend | L | T | | | | | |
| 71. Schwab-ALPS ETF Tr Alerian MLP | A | Dividend | | | Sold | 02/13/13 | J | A | |
| 72. Schwab-iShares Tr Hgh Div Eqt Fd | A | Dividend | | | Sold | 05/07/13 | K | C | |
| 73. Schwab-SPDR S&P Dividend ETF | A | Dividend | | | Sold | 05/07/13 | K | C | |
| 74. Schwab-Vanguard Total Intl Stock Index | B | Dividend | L | T | Buy (add'l) | 02/13/13 | K | | |
| 75. Schwab-Vanguard Total Intl Stock Index | B | Dividend | L | T | Buy (add'l) | 12/02/13 | J | | |
| 76. Schwab-Vanguard Total Intl Stock Index | B | Dividend | L | T | Sold (part) | 01/09/14 | K | C | |
| 77. Schwab-BBF Fd Inc Core Sl Retail | A | Dividend | K | T | | | | | |
| 78. Schwab-Polen Growth | | None | | | Sold | 05/07/13 | K | C | |
| 79. Schwab-Schwab Cap Tr S&P 500 Invs Select | B | Dividend | L | T | Buy (add'l) | 02/13/13 | L | | |
| 80. Schwab-Schwab Cap Tr S&P 500 Invs Select | B | Dividend | L | T | Sold (part) | 08/29/13 | K | C | |
| 81. Schwab-Schwab Cap Tr S&P 500 Invs Select | B | Dividend | L | T | Sold (part) | 01/08/14 | K | D | |
| 82. Schwab-US Treasury Money Fund | A | Interest | L | T | | | | | |
| 83. Schwab-Dreihaus Mut Funds Active Invome (X) | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 84. Schwab-Eaton Vance Global Macro Absolute (X) | B | Dividend | K | T | Buy | 02/13/13 | K | | |
| 85. Schwab-Eaton Vance Global Macro Absolute (X) | B | Dividend | K | T | Buy (add'l) | 04/15/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ▨ Schwab-Pimco All Asset All Authority (X) | B | Dividend | K | T | Buy | 02/13/13 | K | | |
| 87. ▨ Schwab-Pimco All Asset All Authority (X) | B | Dividend | K | T | Buy (add'l) | 04/15/13 | K | | |
| 88. ▨ Schwab-Ivy Municipal High Income Fund (X) | B | Dividend | K | T | Buy | 02/13/13 | K | | |
| 89. ▨ Schwab-Ivy Municipal High Income Fund (X) | B | Dividend | K | T | Buy (add'l) | 09/23/13 | J | | |
| 90. ▨ Schwab-Ivy Municipal High Income Fund (X) | B | Dividend | K | T | Sold (part) | 04/15/13 | J | B | |
| 91. ▨ Schwab-Wells Fargo Fds TR Adint (X) | C | Dividend | M | T | Buy | 02/13/13 | L | | |
| 92. ▨ Schwab-Wells Fargo Fds TR Adint (X) | C | Dividend | M | T | Buy (add'l) | 08/29/13 | K | | |
| 93. ▨ Schwab-Wells Fargo Fds TR Adint (X) | C | Dividend | M | T | Buy (add'l) | 09/23/13 | L | | |
| 94. ▨ Schwab-Wells Fargo Fds TR Adint (X) | C | Dividend | M | T | Buy (add'l) | 01/08/14 | K | | |
| 95. ▨ Schwab-Blackrock FDS ll Strg Opp Instl (X) | B | Dividend | K | T | Buy | 02/13/13 | L | | |
| 96. ▨ Schwab-Blackrock FDS ll Strg Opp Instl (X) | B | Dividend | K | T | Sold (part) | 09/23/13 | K | | |
| 97. ▨ Schwab-Goldman Sachs Tr Strg Incm Inst (X) | A | Dividend | K | T | Buy | 08/08/13 | L | | |
| 98. ▨ Schwab-Goldman Sachs Tr Strg Incm Inst (X) | A | Dividend | K | T | Sold (part) | 09/23/13 | J | A | |
| 99. ▨ Schwab-Goldman Sachs Tr Strg Incm Inst (X) | A | Dividend | K | T | Sold (part) | 12/02/13 | K | A | |
| 100. ▨ Schwab-Pimco Fds Uncstr Bd Inst (X) | A | Dividend | K | T | Buy | 02/13/13 | L | | |
| 101. ▨ Schwab-Pimco Fds Uncstr Bd Inst (X) | A | Dividend | K | T | Sold (part) | 09/23/13 | K | | |
| 102. ▨ Schwab-Hamlin High Dividend Equity Inst (X) | B | Dividend | K | T | Buy | 04/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▨ Schwab-Hamlin High Dividend Equity Inst (X) | B | Dividend | K | T | Buy (add'l) | 05/07/13 | K | | |
| 104. ▨ Schwab-Hamlin High Dividend Equity Inst (X) | B | Dividend | K | T | Sold (part) | 01/08/14 | K | B | |
| 105. ▨ Schwab-Mutual Discovery Fd Cl Z (X) | | None | K | T | Buy | 01/08/14 | K | | |
| 106. ▨ Schwab-Jefferies Asset Mgt Cmdty (X) | | None | | | Buy | 02/13/13 | K | | |
| 107. ▨ Schwab-Jefferies Asset Mgt Cmdty (X) | | None | | | Sold | 11/11/13 | K | | |
| 108. ▨ IRA Contributry Schwab- Driehaus Mut Funds Active | A | Dividend | K | T | Buy (add'l) | 04/15/13 | K | | |
| 109. ▨ IRA Contributory Schwab- IShares TR Lehman AGG Bnd | A | Dividend | | | Sold | 04/15/13 | J | A | |
| 110. ▨ IRA Contrbry Schwab- Schwab Cap TR S&P 500 Invs Sel | A | Dividend | | | Sold (part) | 08/29/13 | J | B | |
| 111. ▨ IRA Contrbry Schwab- Schwab Cap TR S&P 500 Invs Sel | A | Dividend | | | Sold | 01/08/14 | J | B | |
| 112. ▨ IRA Contribtry Schwab2- IShares TR Lehman AGG BND | A | Dividend | J | T | | | | | |
| 113. ▨ IRA Contributory Schwab- Vanguard Total Intl Stk (X) | A | Dividend | | | Sold | 01/09/14 | J | B | |
| 114. ▨ IRA Contributory Schwab- ishares Tr Hi Div Eqt Fd (X) | A | Dividend | | | Sold | 04/15/13 | J | A | |
| 115. ▨ IRA Contributory Schwab- SPDR S&P Div ETF (X) | A | Dividend | | | Sold | 02/13/13 | J | A | |
| 116. ▨ IRA Contributory Schwab- Vanguard Star Fd Intl (X) | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 117. ▨ IRA Contributory Schwab- ALPS ETF Tr Alerian MLP (X) | A | Dividend | | | Sold | 02/13/13 | J | A | |
| 118. ▨ IRA Contributory Schwab- BBH Fd Core SL Retail (X) | A | Dividend | J | T | | | | | |
| 119. ▨ IRA Contributory Schwab- Polen Growth | | None | | | Sold | 05/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 05/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ░░░ IRA Contributory Schwab- Pimco All Asset All Auth (X) | A | Dividend | K | T | Buy | 09/23/13 | J | | |
| 121. ░░░ IRA Contributory Schwab- Pimco All Asset All Auth (X) | A | Dividend | K | T | Buy (add'l) | 12/02/13 | J | | |
| 122. ░░░ IRA Contributory Schwab- Pimco All Asset All Auth (X) | A | Dividend | K | T | Buy (add'l) | 01/08/14 | J | | |
| 123. ░░░ IRA Contributory Schwab- Gldmn Sachs Tr Strg Incm (X) | A | Dividend | J | T | Buy | 08/29/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note for purposes of Part VII that investments in the Schulte Roth & Zabel LLP Group Trust (line 4) are managed by an advisory committee. I am informed that in 2013 the SRZ Group Trust invested in thirty-two separate and independently managed hedge funds, one mutual fund and one cash account. These investment vehicles were selected in the sole discretion of the advisory committee for the SRZ Group Trust. With the exception of individuals who serve on that committee, current and former partners of the firm have no knowledge concerning the identity of any of these funds and have no control over the selection of any particular fund or the decision to transfer investments from one fund to another. The fund selections may be changed from time to time based on performance and other investment considerations, and the number of funds varied during calendar year 2013 depending on investments and redemptions. I do not know the names of any of funds held by the SRZ Group Trust, and so this information is not set forth in the report. A similar explanation regarding the SRZ Group Trust appeared in my initial disclosure report and in annual reports for the years ended 12/31/06, 12/31/07, 12/31/08, 12/31/09, 12/31/10, 12/31/11 and 12/31/12.

My retirement from the bench became effective on January 31, 2014, and I elected to return to the practice of law. On March 3, 2014, I joined the law firm of Morrison & Foerseter LLP as Senior of Counsel in the firm's New York office. My current office address is 250 W. 55th Street, New York, N.Y. 10019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James M. Peck,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544